Opinion delivered June 15, 1887.

---

No. 5560.

TOM WILLIAMS *v*. THE STATE.

THEFT.—INDICTMENT, to properly charge theft of property belonging to more than one owner, must negative the consent of either to the taking.

APPEAL from the District Court of Lamar.   Tried below before the Hon. D. H. Scott.

The opinion states the case.   The penalty assessed by the verdict was a term of ten years in the penitentiary.

No brief for the appellant.

*W. L. Davidson,* Assistant Attorney General, for the State.

HURT, JUDGE. This is a conviction for theft of a pistol. The property and possession are alleged in Hicks & Bettis, and the property is alleged to have been taken without their consent; and in another part of the indictment it is alleged to have been taken without the consent of said *Hicks and Bettis.*

The indictment is fatally defective, because not alleging that the property was taken without the consent of *either.* (See this question discussed and decided in Taylor v. The State, 18 Texas Ct. App., 489. Also see McIntosh v. The State, Id., 284.) The judgment is reversed and the prosecution is dismissed.

　　　　　　　　　　　　　　　*Reversed and dismissed.*